# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **WITTEN ROOFING, L. L. C.** | **CIV. ACTION NO. 3:23-01438** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LIBERTY MUTUAL INSURANCE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the Motion to Remand and Associated Request for an Award of Fees and Costs [Doc. No. 14] filed by Plaintiff Witten Roofing, L.L.C. is **DENIED.**

Monroe, Louisiana, this 9th day of February 2024.

                                                                    _____
                                                                    TERRY A. DOUGHTY
                                                                    UNITED STATES DISTRICT JUDGE